**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM BEVACQUA, | : | CIVIL CASE NO. |
|    Plaintiff, | : | 3:19-cv-00885-KAD |
| | : | |
| VS. | : | |
| | : | |
| ACTION FOR BRIDGEPORT | : | |
| COMMUNITY DEVELOPMENT, INC. | : | |
|    Defendant. | : | SEPTEMBER 23, 2020 |

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, **WILLIAM BEVACQUA**, and Defendant, **ACTION FOR BRIDGEPORT COMMUNITY DEVELOPMENT, INC**, hereby stipulate and agree that the above captioned action shall be dismissed with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C. | BARCLAY DAMON, LLP |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| | |
| By:/s/ Thomas W. Bucci | By: /s/ Elizabeth K. Acee |
|    Thomas W. Bucci (ct07805) | Elizabeth K. Acee  (ct) |
|    Willinger, Willinger & Bucci, P.C. | BARCLAY DAMON, LLP |
|    1000 Bridgeport Ave., Ste. 501 | 545 Long Wharf Drive |
|    Shelton, CT 06484 | 9th Floor |
|    Tel: 203-366-3939 | New Haven, CT  06511 |
|    Fax: 475-269-2907 | Tel: 203-672-2659 |
|    Email: tbucci@wwblaw.com | Fax: 203-654-3260 |
| | EAcee@barclaydamon.com |
| | |
|    Dated: September 23, 2020 | Dated: September 23, 2020 |

1

**Certificate of Service**

I hereby certify that on September 10, 2020, a copy of foregoing *Stipulation of Dismissal* was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE PLAINTIFF – WILLIAM BEVACQUA

By /s/Thomas W. Bucci
Thomas W. Bucci
Fed Bar # ct07805
Attorney for Plaintiff
WILLINGER, WILLINGER & BUCCI, P.C.
1000 Bridgeport Avenue, Suite 501
Shelton, CT  06484
Tel: 203-366-3939
Fax: 475-269-2907
Email: tbucci@wwblaw.com